

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

**IN THE DISTRICT COURT OF OKLAHOMA COUNTY**
**STATE OF OKLAHOMA**

NOV - 6 2014

TIM RHODES
COURT CLERK
35

|  |  |  |
|---|---|---|
| MIRZA AND NADIA BEG, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| versus | ) | Case No. CJ-2014-2423 |
| | ) | |
| SHELTER MUTUAL INSURANCE | ) | |
| COMPANY,  TODD RESNIK and SCOTT | ) | |
| SMITH INSURANCE AGENCY, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## DISMISSAL WITHOUT PREJUDICE

COMES NOW the Plaintiffs, Mirza and Nadia Beg, by and through FOSHEE & YAFFE

Law Firm, and pursuant to Okla. Stat. tit. 12, §§683(1), 684(A), hereby dismisses all claims

against the Defendants, Todd Resnik and Scott Smith Insurance Agency, LLC, without prejudice

to refiling of the same.

Respectfully submitted,

J. DREW HOUGHTON, OBA# 18080
FOSHEE & YAFFE
P.O. Box 890420
Oklahoma City, OK  73189
Telephone: (405) 232-8080
Facsimile: (405) 601-1103
dhoughton@fosheeyaffe.com
*ATTORNEY FOR PLAINTIFFS*

EXHIBIT 2.14

## CERTIFICATE OF MAILING

This is to certify that a true and correct copy of the foregoing instrument was:
( X ) mailed via U.S. Mail; ( ) certified, with return receipt requested;   ( ) hand delivered;
and/or ( ) transmitted via facsimile ( ) transmitted via email this 6th day of November, 2014, to
the following:

Ronald L. Walker, OBA #9295
Jerry D. Noblin, Jr., OBA #20296
Tomlinson, Rust, McKinstry, Grable
Two Leadership Square, Suite 450
211 N. Robinson Avenue
Oklahoma City, OK 73102
Phone: (405) 606-3370
Fax: (877) 917-1559
E-mail: ronw@trmglaw.com
E-mail: jerryn@trmglaw.com
**Attorneys for Defendant, Scott Smith Insurance Agency, Inc.**

R. Ryan Deligans, OBA #19793
Katherine T. Loy, OBA #15358
Andrew M. Gunn, OBA #19470
Lane R. Neal, OBA #22246
Durbin, Larimore & Bialick
920 North Harvey
Oklahoma City, OK 73102
Phone: (405) 235-9584
Fax: (405) 235-0551
E-mail: dlb@dlb.net
**Attorneys for Defendants, Shelter Mutual Insurance Company and
Todd Resnik**

J. DREW HOUGHTON