IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MIRZA AND NADIA BEG, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. CIV-14-1346-L |
| | ) | |
| SHELTER MUTUAL INSURANCE COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

ADMINISTRATIVE CLOSING ORDER

On January 25, 2016, after the court entered its Order on Defendant's Motion for Partial Summary Judgment, counsel for the parties advised that this case had settled approximately two weeks before, however, the court had not been informed of the settlement. Based on the representations from counsel for both sides that the parties have reached a settlement and compromise, it is ordered that the Clerk administratively terminate this action in his records without prejudice to the rights of the parties to reopen the proceeding for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

If the parties have not reopened this case within 45 days of this date for the purpose of dismissal pursuant to the settlement compromise, Plaintiffs' action shall

be deemed to be dismissed with prejudice.

IT IS SO ORDERED this 27th day of January, 2016.

_/s/ Tim Leonard_____
TIM LEONARD
United States District Judge