IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) MIRZA BEG and (2) NADIA BEG,<br><br>    Plaintiffs,<br><br>vs.<br><br>(1) SHELTER MUTUAL INSURANCE COMPANY, (2) TODD RESNIK, and (3) SCOTT SMITH INSURANCE AGENCY, LLC<br><br>    Defendants. | Case No. 5:14-cv-1346-L |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW Plaintiffs, Mirza Beg and Nadia Beg, by and through J. Drew Houghton of Foshee & Yaffe law firm, Phillip N. Sanov and Larry Bache of Merlin Law Group, attorneys of record for Plaintiffs, joining with Defendant, Shelter Mutual Insurance Company, by and through R. Ryan Deligans, attorney of record, of the firm Durbin, Larimore & Bialick, and stipulate and agree that the above-captioned matter be dismissed with prejudice against the filing of a future action thereon, for the reason that the parties have entered into a compromise settlement. The parties therefore submit that this matter is concluded, pursuant to Rule 41(a)(1)(A)(ii), and respectfully request this Court to enter an administrative closing order as necessary.

*S/J. Drew Houghton*
J. Drew Houghton, OBA# 18080
Foshee & Yaffe
P.O. Box 890420
Oklahoma City, OK 73189
Phone: (405) 232-8080
Fax: (405) 601-1103
dhoughton@fosheeyaffe.com

*s/ R. Ryan Deligans*
R. Ryan Deligans, OBA No. 19793
Andrew M. Gunn, OBA No. 19470
Durbin, Larimore & Bialick
920 North Harvey
Oklahoma City, OK 73102-2610
Telephone: (405) 235-9584
Facsimile: (405) 235-0551
E-Mail: dlb@dlb.net
Attorneys for Defendant

and

Phillip N. Sanov, Esq.
Merlin Law Group
Three Riverway, Suite 701
Houston, TX 77056
psanov@merlinlawgroup.com
Telephone: (713) 626-8880
Facsimile: (713) 626-8881

and

Larry Bache, Esq.
Merlin Law Group
777 S. Harbour Blvd, 9th Floor
Tampa, FL 33602
lbache@merlinlawgroup.com
Telephone: (813) 229-1000
Facsimile: (813) 229-3692
**Attorneys for Plaintiffs**

1413.0421\#13872673v1<OKC> -Dismissal Stipulation